

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00428-CV

Javier **MORA**,
Appellant

v.

Anna **MORA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellee's Motion to Extend Time to File Appellee's Brief is hereby GRANTED. Time is extended to February 21, 2018. **Further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court